UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTONIO GONZALEZ,

    Plaintiff,

v.                                                          Case No: 5:19-cv-325-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court on the Commissioner's unopposed motion to remand. (Doc. 12). The Commissioner advises that she is unable to locate the claims file for the ALJ's decision of September 18, 2018. Therefore, the Commissioner requests a remand, pursuant to sentence six of 42 U.S.C. §405(g) in order to take further administrative action.

Pursuant to 42 U.S.C. §405(g) of the Social Security Act, this Court may remand a case to the Commissioner on motion of the Commissioner made for "good cause shown" before she files her answer. Here, the Commissioner has not yet filed an answer and the Commissioner has shown good cause since the Court cannot perform its role on appeal without the benefit of the claims file.

In view of the foregoing, the Commissioner's unopposed motion for remand (Doc. 12) is **GRANTED** and this action is **REMANDED** to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), for the Commissioner to take further administrative action, subject to the requirement that the Commissioner provide the Court with status reports every three months regarding the progress of the remand process. The Clerk shall administratively close the file and withhold the entry of a final judgment in this case.

**DONE** and **ORDERED** in Ocala, Florida on November 18, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties